36989/01240/MHW/PEH

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES PATTON, | |
| Plaintiff, | Case Number |
| v. | Judge |
| DR. THOMAS BAKER, et al., | |
| Defendants. | |

## NOTICE OF REMOVAL

Defendants, DR. THOMAS BAKER ("Dr. Baker") and WEXFORD HEALTH SOURCES, INC. ("Wexford"), by their attorneys, CASSIDAY SCHADE LLP, remove this case from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, Eastern Division, pursuant to 28 USCS § 1391 and 28 USCS § 1446. In support of this Notice, Defendants state:

1. Dr. Baker and Wexford ("Removing Defendants") are named defendants in this civil action, filed on March 12, 2013, in the Circuit Court of Cook County, Illinois, under case number 2013 L 2561. Pursuant to the provisions of § 1441 and § 1446 of Title 28 of the United States Code, Defendants remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, which is the judicial district and division embracing the place in which this action is pending. 28 USCS § 1441; 28 USCS § 1446.

2. This action alleges a claim for damages relative to the Plaintiff's medical care while he was incarcerated as an inmate at Western Illinois Correctional Center (WICC) in Mount Sterling, Illinois, in 2011. (See Plaintiff's Complaint attached hereto as **Exhibit "A"**). Plaintiff

generally alleges that he did not receive testing and treatment associated with a quadriceps injury he suffered from a fall at WICC on April 5, 2011. (See **Exhibit "A"**).

3. Plaintiff was at the time of the commencement of the action, and still is, a citizen and resident of the State of Illinois. Dr. Baker was and is a resident of the State of Missouri. Wexford was and is a corporation organized and existing under the laws of the State of Florida and maintains its principal place of business in the State of Pennsylvania.

4. For purposes of Section 1332 and Section 1441, Wexford is deemed to be a citizen of Florida, the State by which it has been incorporated, and Pennsylvania, the State where it has its principal place of business. 28 USCS § 1332(c).

5. This action's removal to the United States District Court is proper under 28 USCS § 1441 because there is complete diversity of citizenship between Plaintiff and all Defendants. 28 USCS § 1441(a), (b). Additionally, this Court would have had original jurisdiction over this matter under 28 USCS § 1332 had it been brought in federal court originally.

6. Plaintiff alleges in his Complaint that as a result of the alleged negligence by Defendants, he suffered injuries of a personal and pecuniary nature, including great pain, disfigurement, and loss of normal life, as well as continuing suffering from his claimed injuries. (See **Exhibit "A"**). Based on these allegations, the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000. 28 USCS § 1332(a).

7. This Notice of Removal is timely because it was filed in this Court within 30 days after the receipt by Removing Defendants of a copy of Plaintiff's Complaint in this action and within one year of the commencement of the action. 28 USCS § 1441. (See Notice of Service of Process attached hereto as **Exhibit "B"**).

8. Removing Defendants filed a copy of all process and pleadings served on defendants in the action with this Notice. (See **Exhibits "A," and "B")**.

WHEREFORE, Defendants DR. THOMAS BAKER and WEXFORD HEALTH SOURCES, INC., remove this action from the Circuit Court of Cook County, Illinois to the United States District Court, Northern District of Illinois, Eastern Division.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: /s/ Ronald E. Neroda
            One of the Attorneys for Defendants,
            DR. THOMAS BAKER and WEXFORD
            HEALTH SOURCES INC.

Matthew H. Weller – ARDC No. 6278685
Patrick Halliday – ARDC No. 6281828
Ronald E. Neroda - ARDC No. 6297286
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2013 I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Ronald E. Neroda

7749504 RNERODA;RNERODA