Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **CHARLES PATTON** | ) |
| | ) |
| vs. | ) Case Number: **13-3182** |
| | ) |
| **DR. THOMAS BAKER and WEXFORD HEALTH SOURCES, INC.,** | ) |

### JUDGMENT IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XXX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** pursuant to a Text Order entered by Judge Sue E. Myerscough on 09/11/2013, the above captioned case is remanded back to the Circuit Court of Cook County from which it was removed, Law Division, Case 2013-L-002561.---------------------

**Dated:**  September 11, 2013

                              s/ Kenneth A. Wells
                              Kenneth A. Wells
                              Clerk, U.S. District Court